# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| SANFORD HEALTH PLAN, | ) | |
| Plaintiff, | ) ) ) | No. 20-746C |
| v. | ) ) | (Filed: March 8, 2022) |
| THE UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) ) ) | |

## ORDER

On March 4, 2022, the parties filed a joint status report requesting a 60-day continuance of the stay of proceedings in this case. For good cause shown, the parties' request is hereby **GRANTED**. Accordingly, the stay in this case shall remain in effect.

The parties shall file a joint status report on or before **May 3, 2022**, advising the Court as to whether further proceedings are necessary.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge