**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SANFORD HEALTH PLAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-746 |
| | ) | |
| v. | ) | Chief Judge Kaplan |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Status Report Order of May 10, 2022 (ECF No. 29), the parties respectfully submit this Joint Status Report.  This case is currently stayed because the Government is working with a number of CSR plaintiffs to determine whether they may efficiently resolve this matter without further litigation or at least streamline these cases.

The parties request that the Court continue the stay in this case until July 21, 2022 to provide more time for the broader discussions about possible approaches to resolving this and other CSR cases.  The parties believe that the current continued stay in this case will provide more time for the broader discussions about possible approaches to resolving this and other CSR cases.  CSR Plaintiffs are in the process of reviewing the Government's response to the CSR Plaintiffs' proposed settlement methodology for CSR damages owed for benefit years 2018, and the parties plan to meet and confer regarding the Government's response and the potential mutual resolution of pending CSR claims for benefit years 2018 and beyond.  The complexity of the CSR cases and the number of interested stakeholders necessitate that the parties be afforded additional time to pursue this mutual attempt to resolve the damages issues in this case without

further litigation.  Good cause therefore exists to continue the stay in this case for CSRs due to

Plaintiffs for benefit years 2018 and beyond.

Accordingly, the parties jointly request that the Court continue the stay in this case until

July 21, 2022, at which time the parties will file a Joint Status Report to update the Court on the

status of their efforts to fully resolve this matter.

June 6, 2022                                                    Respectfully submitted,

s/  Stephen McBrady                              BRIAN M. BOYNTON
Stephen McBrady                                      Principal Deputy Assistant Attorney General
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW Washington, DC     PATRICIA M. McCARTHY
20004                                                      Director
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116                       /s/ Claudia Burke
SMcBrady@crowell.com                             CLAUDIA BURKE
                                                              Assistant Director
OF COUNSEL:
                                                              s/Albert S. Iarossi
Charles Baek                                             ALBERT S. IAROSSI
                                                              Trial Attorney
CROWELL & MORING LLP                         Commercial Litigation Branch
1001 Pennsylvania Avenue, NW                    Civil Division
Washington, DC 20004                                U.S. Department of Justice
                                                              P.O. Box 480
                                                              Ben Franklin Station
                                                              Washington, DC 20044
                                                              Telephone:   (202) 616-3755
                                                              Facsimile:   (202) 353-0461
                                                              Email:       albert.s.iarossi@usdoj.gov

                                                              OF COUNSEL:
                                                              DAVID M. KERR
                                                              Trial Attorney
                                                              Civil Division
                                                              U.S. Department of Justice

                                                              Counsel for Defendant