## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| SANFORD HEALTH PLAN, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No. 20-746C |
|  | ) |
| THE UNITED STATES, | ) Chief Judge Kaplan |
|  | ) |
| Defendant. | ) |
|  | ) |
|  | ) |
|  | ) |

## JOINT STATUS REPORT

Pursuant to the Court's June 7, 2022 order (ECF No. 31) the parties respectfully submit this Joint Status Report.

In July 2021, shortly after the U.S. Supreme Court denied the petition for writ of certiorari (No. 20-1162) and the Government's conditional cross-petition (No. 20-1432) in *Maine Community Health Options v. United States*, which sought review of the Federal Circuit's CSR decision in *Community Health Choice, Inc. v. United States*, Nos. 2019-1633, -2102, 2020 WL 4723757 (Fed. Cir. Aug. 14, 2020), the parties began discussions regarding the next steps in this litigation. Several different attorneys, collectively representing a large number of plaintiff health plans—including the plaintiff here—engaged Government counsel in discussions regarding potential resolution of the CSR matters through settlement.

The parties' resolution efforts are progressing. On December 3, 2021, Plaintiffs' counsel shared a proposal with the Government to attempt to collectively resolve the damages and mitigation issues in the CSR cases without further litigation or to significantly streamline resolution of the remaining damages/mitigation issues in these cases. On April 28, 2022, the

Government responded to Plaintiffs' proposal, and Plaintiffs responded on May 23, 2022.

Thereafter, the parties have convened by phone multiple times, and the Government expects to

produce certain settlement-related data and other information to the plaintiffs this week, which

the parties hope will continue to advance our settlement discussions.

The parties respectfully request that the stay of this matter continue for an additional 45

days, at which time the parties will file a joint status report.  Good cause exists for the Court to

continue the existing stay of this case.  The parties are working together to determine whether

they may efficiently resolve this matter without further litigation or can at least streamline the

damages and mitigation issues in this case.  The complexity of the CSR cases and the large

number of interested stakeholders, necessitates that the parties be afforded additional time to

complete these efforts.  The parties therefore jointly propose that they file a status report by

September 2, 2022, in which the parties will update the Court on the status of their efforts to

resolve this matter.

July 21, 2022                                                                    Respectfully submitted,

/s/ Stephen McBrady                                          BRIAN M. BOYNTON
Stephen McBrady                                                 Principal Deputy Assistant Attorney General
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW Washington, DC       PATRICIA M. McCARTHY
20004                                                                  Director
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116                                   s/ Claudia Burke by Eric P. Bruskin
SMcBrady@crowell.com                                       CLAUDIA BURKE
                                                                           Assistant Director

                                                                           s/ Albert S. Iarossi
                                                                           Senior Trial Counsel
                                                                           Commercial Litigation Branch
                                                                           Civil Division
                                                                           U.S. Department of Justice
                                                                           P.O. Box 480
                                                                           Ben Franklin Station
                                                                           Washington, DC 20044

OF COUNSEL:

Charles Baek

CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Counsel for Plaintiff

Telephone:   (202) 307-3390
Email:  albert.s.iarossi@usdoj.gov

OF COUNSEL:

DAVID M. KERR
Trial Attorney

Civil Division
U.S. Department of Justice

Counsel for Defendant