# In the United States Court of Federal Claims

| | |
|---|---|
| SANFORD HEALTH PLAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | No. 20-746C <br> (Filed: December 4, 2023) |

### ORDER

On November 28, 2023, the parties filed a joint status report requesting a continuance of the stay of proceedings in this case. ECF No. 56. For good cause shown, the parties' request is hereby **GRANTED**. Accordingly, the stay in this case shall remain in effect.

The parties shall file a joint status report on or before **January 26, 2024**, advising the Court of the status of settlement discussions.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge